## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Paula McCanney, | Court File No. 17-CV-328 SRN/BRT |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Unum Life Insurance Company of America, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Paula McCanney and Defendant Unum Life Insurance Company of America that the above-captioned action, is dismissed with prejudice, and without an award of costs, disbursements, or attorneys' fees to any party.

Dated:  February 6, 2018        s/Thomas J. Beedem
                                Thomas J. Beedem
                                Alesia R. Strand
                                **BEEDEM LAW OFFICE**
                                222 South Ninth Street, Suite 1600
                                Minneapolis, MN 55402
                                Telephone:  (612) 305-1300
                                Facsimile:   (612) 339-5765
                                tjb3@beedemlaw.com
                                ars@beedemlaw.com

                                **ATTORNEYS FOR PLAINTIFF**

1564496.1

Dated:  February 6, 2018                    s/Terrance J. Wagener
                                               Terrance J. Wagener
                                               **MESSERLI & KRAMER P.A.**
                                               100 South Fifth Street
                                               Suite 1400
                                               Minneapolis, MN  55402
                                               Telephone: (612) 672-3600
                                               twagener@messerlikramer.com

                                               **ATTORNEYS FOR DEFENDANT**

1564496.1